**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6188**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ERIC ARTHUR WALTON,

              Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:84-cr-00100-IMK-JES-1)

---

Submitted: April 24, 2008         Decided: April 30, 2008

---

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eric Arthur Walton, Appellant Pro Se. Paul Thomas Camilletti, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Arthur Walton appeals the district court's order accepting the recommendation of the magistrate judge and denying Walton's motion filed pursuant to Fed. R. Crim. P. 35 (applicable to offenses committed before November 1, 1987). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walton, No. 1:84-cr-00100-IMK-JES-1 (N.D.W. Va. Jan. 11, 2008). We deny Walton's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED